UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-14120-CIV-MIDDLEBROOKS/REID
(18-14054-CR-MIDDLEBROOKS)

ANTHONY JOSEPH SAFFIOTI,

    Movant,
v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on the Report of Magistrate Judge, issued on September 18, 2020 by Judge Lisette M. Reid. (DE 4). The Report recommends denying Movant Anthony Joseph Saffioti's *pro se* Motion to Vacate, pursuant to 28 U.S.C. § 2255. (*Id.*). Objections to the Report were due by October 2, 2020. No objections were filed, however on October 15, 2020, Movant filed "Petitioner's Response To To [sic] Governments [sic] Response." (DE 5). However the government did not file a substantive response to the Motion to Vacate. Movant's "Response" is signed and dated October 2, 2020, which was the objections deadline. (DE 5 at 9).

Movant also filed a Motion for Appointment of Counsel, which was signed November 19, 2020 and docketed December 1, 2020. (DE 6). The government filed a response in opposition to that motion on December 9, 2020. (DE 7).

This Court has conducted a *de novo* review of the Report and the record as a whole. In this review, I have considered Movant's Response (DE 5), to the extent that he intended the arguments therein to be objections to the Report. Upon review, I agree with Magistrate Judge Reid's conclusions that Movant's claims are conclusory, meritless and/or are not cognizable. Moreover,

I agree that no evidentiary hearing is necessary, and I find that Movant has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 4) is hereby **ADOPTED**.

(2) Movant Anthony Joseph Saffioti's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(3) A Certificate of Appealability is **DENIED**.

(4) Movant is not entitled to counsel in these proceedings and therefore his Motion for Appointment of Counsel (DE 6) is **DENIED.**

(5) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(6) All other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of December, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Lisette Reid;
Counsel of Record;
Anthony Joseph Saffioti, PRO SE
19140-104
Coleman I-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1033
Coleman, FL 33521